UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EBBIE COLSTON, SR.,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS MEDIA LLC d/b/a Belleville News-Democrat<br><br>Defendant. | Case No. 18-cv-1724-JPG-DGW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Cypress Media LLC d/b/a Belleville News Democrat and against plaintiff Ebbie Colston, Sr. and that this case is dismissed with prejudice.

**DATED: December 27, 2018**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**  s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**